FILED: February 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-6114
(4:20-cr-00027-TTC-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

BRIAN DAVID HILL

       Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of Virginia at Danville |
|---|---|
| Originating Case Number | 4:20-cr-00027-TTC-1 |
| Date notice of appeal filed in originating court: | 02/14/2025 |
| Appellant | Brian Hill |
| Appellate Case Number | 25-6114 |
| Case Manager | Anisha Walker<br>804-916-2704 |