# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Nwamaka Anowi
Clerk

Telephone
804-916-2700

February 18, 2025

_____

JURISDICTIONAL NOTICE
APPEALABILITY/CRIMINAL CASE

_____

No. 25-6114,   <u>US v. Brian Hill</u>
               4:20-cr-00027-TTC-1

TO:

**RESPONSE/ANSWER OR MOTION DUE: March 11, 2025**

To permit the court to determine whether this case is appealable at this time, the government and the defendant, who filed the notice of appeal pro se, are directed to address this court's jurisdiction by appropriate motion or by response to this notice filed in this court by the due date shown.

Anisha Walker, Deputy Clerk
804-916-2704


cc: Nia Vidal